FILED
CLERK, U.S. DISTRICT COURT
04/21/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:20-cr-00188-TJH |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [21 U.S.C. §§ 331(k), 333(a)(1): Adulterating and Causing the Adulteration of Food While Held for Sale After Shipment in Interstate Commerce] |
| CHIPOTLE MEXICAN GRILL, INC., | |
| Defendant. | |
| | [CLASS A MISDEMEANOR] |

The United States Attorney charges:

COUNT ONE

[21 U.S.C. §§ 331(k), 333(a)(1)]

On or about August 18, 2015, through August 24, 2015, in Simi Valley, California, within the Central District of California, and elsewhere, defendant CHIPOTLE MEXICAN GRILL, INC. ("CHIPOTLE") adulterated food, and caused food to become adulterated, within the meaning of the Federal Food, Drug, and Cosmetic Act, 21 U.S.C. §§ 321(f), 342(a)(4), while such food was held for sale after shipment in interstate commerce.  Specifically, defendant CHIPOTLE held food that was adulterated because it was prepared, packed, and held under insanitary conditions whereby it may have become

1  contaminated with filth, and whereby it may have been rendered
2  injurious to health, while such food was held for sale after shipment
3  of one or more of its components in interstate commerce.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COUNT TWO

[21 U.S.C. §§ 331(k), 333(a)(1)]

On or about December 13, 2017, through December 18, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant CHIPOTLE adulterated food, and caused food to become adulterated, within the meaning of the Federal Food, Drug, and Cosmetic Act, 21 U.S.C. §§ 321(f), 342(a)(4), while such food was held for sale after shipment in interstate commerce.  Specifically, defendant CHIPOTLE held food that was adulterated because it was prepared, packed, and held under insanitary conditions whereby it may have become contaminated with filth, and whereby it may have been rendered injurious to health, while such food was held for sale after shipment of one or more of its components in interstate commerce.

GUSTAV W. EYLER
Director
Consumer Protection Branch

DANIEL ZYTNICK
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice

NICOLA T. HANNA
United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JOSEPH O. JOHNS
Assistant United States Attorney
Chief, Environmental and Community Safety Crimes Section

MARK A. WILLIAMS
Assistant United States Attorney
Deputy Chief, Environmental and Community Safety Crimes Section