E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JOSEPH O. JOHNS (Cal. Bar No. 144524)
Assistant United States Attorney
Environmental and Community Safety Crimes Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4536/894-2484
     E-mail:    Joseph.Johns@usdoj.gov

AMANDA N. LISKAMM
Director
Consumer Protection Branch
DANIEL E. ZYTNICK
Trial Attorney
     450 5th Street NW, Suite 6400 South
     Washington, DC 20001
     Telephone: (202) 598-8337
     Email: Daniel.E.Zytnick@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20-CR-00188-TJH |
|---|---|
| Plaintiff, | MOTION TO DISMISS INFORMATION; DECLARATION OF JOSEPH O. JOHNS IN SUPPORT THEREOF; EXHIBITS |
| v. | |
| CHIPOTLE MEXICAN GRILL, INC., | |
| Defendant. | |

   Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Joseph O. Johns and Mark A. Williams, and Trial Attorney Daniel E. Zytnick of the United States Department of Justice's Consumer Protection Branch, hereby respectfully requests that this Court dismiss the two-count information in this matter.

This motion is based upon the attached memorandum of points and authorities, the attached declaration of Assistant United States Attorney Joseph O. Johns, and the exhibits attached thereto.

Dated: May 5, 2023            Respectfully submitted,

                                    E. MARTIN ESTRADA
                                    United States Attorney

                                    MACK E. JENKINS
                                    Assistant United States Attorney
                                    Chief, Criminal Division

                                      /s/
                                    JOSEPH O. JOHNS
                                    MARK A. WILLIAMS
                                    Assistant United States Attorneys
                                    Environmental and Community Safety
                                    Crimes Section

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA


                                    AMANDA N. LISKAMM
                                    Director
                                    Consumer Protection Branch

                                      /s/
                                    DANIEL E. ZYTNICK
                                    Trial Attorney

**MEMORANDUM OF POINTS AND AUTHORITIES**

On April 21, 2020, the parties to this matter filed a deferred prosecution agreement for defendant Chipotle Mexican Grill, Inc., along with a two-count misdemeanor information. The information charged defendant Chipotle Mexican Grill, Inc. ("Chipotle") with the crimes of Adulterating and Causing the Adulteration of Food While Held for Sale After Shipment in Interstate Commerce, in violation of 21 U.S.C. §§ 331(k) and 333(a)(1). The deferred prosecution agreement deferred the criminal prosecution of defendant Chipotle for a period of three years and required it to comply with the following terms and conditions:

    (a)    Pay a total criminal fine of $25,000,000, consisting of one payment of $10,000,000 no later than June 1, 2020, followed by three payments of $5,000,000 each, no later than every 30 days after the prior payment;

    (b)    Sign, file, and enter a Stipulation Regarding Request for (1) Continuance of Trial Date, and (2) Findings of excludable Time Periods Pursuant to Speedy Trial Act;

    (c)    Comply with all terms in the plea agreement and the Compliance Program attached thereto as Exhibit C;

    (d)    Not contest any facts or information agreed to in the plea agreement and the Statement of Facts attached thereto as Exhibit B;

    (e)    Appear for all court appearances, obey all conditions of any bond, and obey any other ongoing court order in this matter;

    (f)    Not commit any federal, state, or local crime; and

  (g) Be truthful at all times with the USAO, DOJ-CPB, the United States Food and Drug Administration, and the Court. (See Declaration of Joseph O. Johns attached hereto, and Exhibits 1 and 2 attached thereto).

 The government is not aware of any violations of the terms of the deferred prosecution agreement and therefore represents that defendant Chipotle has successfully satisfied all of the terms and conditions required in that agreement.  (See Declaration of Joseph O. Johns attached hereto).  As a consequence, the government formally requests that this Court dismiss the criminal charges set forth in the information, United States v. Chipotle Mexican Grill, Inc., Case No. 20-CR-00188-TJH, with prejudice.

**DECLARATION OF JOSEPH O. JOHNS**

1.   I am one of the government attorneys assigned to the investigation and prosecution of this matter and have personal knowledge of the facts set forth below.

2.   Exhibit 1 to this declaration is a true and correct copy of the deferred prosecution agreement, along with all associated exhibits, filed in the matter of United States v. Chipotle Mexican Grill, Inc., Case No. 20-CR-00188-TJH.

3.   Exhibit 2 to this declaration is a true and correct copy of the information filed in the matter of United States v. Chipotle Mexican Grill, Inc., Case No. 20-CR-00188-TJH.

4.   On April 21, 2020, the parties to this matter filed the deferred prosecution agreement for defendant Chipotle Mexican Grill, Inc., along with a two-count misdemeanor information.  (See Exhibits 1 and 2, attached hereto, respectively).  The information charged defendant Chipotle Mexican Grill, Inc. ("Chipotle") with the crimes of Adulterating and Causing the Adulteration of Food While Held for Sale After Shipment in Interstate Commerce, in violation of 21 U.S.C. §§ 331(k) and 333(a)(1).  (See Exhibit 2).  The deferred prosecution agreement deferred the criminal prosecution of defendant Chipotle for a period of three years and required it to comply with the following terms and conditions:

   a.   Pay a total criminal fine of $25,000,000, consisting of one payment of $10,000,000 no later than June 1, 2020, followed by three payments of $5,000,000 each, no later than every 30 days after

the prior payment;

      b.   Sign, file, and enter a Stipulation Regarding Request for (1) Continuance of Trial Date, and (2) Findings of excludable Time Periods Pursuant to Speedy Trial Act;

      c.   Comply with all terms in the plea agreement and the Compliance Program attached thereto as Exhibit C;

      d.   Not contest any facts or information agreed to in the plea agreement and the Statement of Facts attached thereto as Exhibit B;

      e.   Appear for all court appearances, obey all conditions of any bond, and obey any other ongoing court order in this matter;

      f.   Not commit any federal, state, or local crime;

      g.   Be truthful at all times with the USAO, DOJ-CPB, the United States Food and Drug Administration, and the Court. (See Exhibit 1, pages 2-3).

   5.   The government is not aware of any violations of the terms and conditions of the deferred prosecution agreement committed by defendant Chipotle and therefore represents to this Court that defendant Chipotle has successfully satisfied all of its obligations required in the agreement.

   6.   Paragraph 3(c) of the deferred prosecution agreement requires as follows: "If defendant is in full compliance with all of its obligations under this agreement at the conclusion of the three-year deferred prosecution term, within 15 calendar days of the

conclusion of the three-year term, move to dismiss the two-count information.

7. Since defendant Chipotle has complied with its obligations set forth in the deferred prosecution agreement, the government now moves to dismiss the two-count information in this matter. (See Exhibit 2).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct that that this declaration is executed in Los Angeles, California, on May 4, 2023.

*Joseph O. Johns*
JOSEPH O. JOHNS